United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| JASIM UDDIN, | § | |
|     Petitioner, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01132 |
| | § | |
| WARDEN, et al., | § | |
|     Respondents. | § | |

## ORDER

Before the Court is Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 10).

In Respondents' Motion for Summary Judgment, they argue that Petitioner should not be released from custody because, as they contend, he "has been deceiving the Government by claiming to only speak a rare language that the Government cannot find an interpreter for, as well as intentionally being unresponsive to a Bengali interpreter and the immigration court in English." (Dkt. No. 10 at 3). Respondents further assert that Petitioner has communicated with immigration officers in English, (*id.* at 4), and Petitioner attached medical records to his petition indicating that he speaks English with medical staff, (Dkt. No. 1 at 9). Petitioner's alleged conduct is inconsistent with his position on a language barrier, and the Court requires clarification. On one hand, Petitioner allegedly is able to speak with guards, communicate with medical staff, and prepare a habeas petition in English; on the other hand, Petitioner is entirely non-responsive to English and Bengali in Immigration Court.

For the Court to evaluate whether it should grant the petition, Petitioner is **ORDERED** to file written responses to the questions below **by August 28, 2026**.

### QUESTIONS

1. How were you able to prepare your habeas corpus petition?
2. Do you understand the meaning of your petition?
3. Briefly explain your understanding of the petition.

4. Did you have help writing your petition?

5. Did you use the Internet for assistance?

6. If someone helped you, who were they?

7. How do you know this person?

8. How did you communicate with them?

9. What language did you use to communicate?

10. The medical records you attached state that you speak English. Is that true?

11. If you can speak, read, or write in English, please describe your ability to do so.

### INSTRUCTIONS TO PETITIONER

1. Your response is due **by August 28, 2026**.

2. Label your response "Petitioner's Response to Order" and include the correct Civil Action Number as shown above in the style of this case.

3. Answer the questions above to the best of your ability based on personal knowledge and the information available to you. Legal research is not required.

4. Type or write your responses to the questions above in numbered paragraphs corresponding with the question being answered.

5. If you do not know the answer to a question, you may respond with, "I don't know."

6. You must also sign the response and include somewhere in your response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

7. If you receive help reading this Order or writing a response, please indicate who helped you and what language you used to communicate.

If the Court does not receive a written response **by August 28, 2026,** or a request for an extension, the Court **may dismiss** the petition because it does not have enough information to proceed. Note that the Government will be able to see your response.

The completed response **must be sent via mail** to the following address:

Clerk of Court
1300 Victoria Street, Suite 1131
Laredo, TX 78040

2 / 3

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court.

It is so **ORDERED**.

**SIGNED** on July 31, 2026.

_____
John A. Kazen
United States District Judge